A. L. Schiff, appellee, v. J. A. Peck and Katie Peck, appellants.
Gen. No. 39,253.

Opinion filed February 9, 1937.

Ellis & Westbrooks, for appellants; Richard E. Westbrooks and Edward M. Byrd, of counsel. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

Eli Metcoff, appellee, v. The First National Bank of Chicago et al., defendants. The First National Bank of Chicago, appellant. Gen. No. 38,390.

Opinion filed February 9, 1937.

Winston, Strawn & Shaw and Amberg, Ott, Dahlin & Livingston, for appellant; John C. Slade, Harold Beacom, Charles J. Calderini and Frank L. Paul, of counsel. Shulman, Shulman & Abrams, for appellee; Meyer Abrams, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Rock-Ola Manufacturing Corporation, appellee, v. Genco, Inc., et al., appellants. Gen. No. 38,418.

Opinion filed February 9, 1937.
Rehearing denied February 23, 1937.

Folsom, Gross & Lee and Sidney A. Burnstein, for appellants. McInerney, Epstein & Arvey, for appellee; John L. McInerney and Louis M. Mantynband, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.